UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAN LIN<br>Plaintiffs,<br><br>-against-<br><br>SHANGHAI 21 INC., et al.,<br>Defendants. | 26-CV-06981 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Shanghai 21 INC. and individual Defendants Maggie Kwok and Yanjing Liang with the summons and complaint in this matter on August 19, 2026 and August 24, 2026, respectively. (*See* ECF 6 – 8.) Defendant Shanghai 21 INC. was therefore required to respond to the complaint by September 8, 2026, and Defendants Maggie Kwok and Yanjing Liang were required to respond to the complaint by September 10, 2026. (*See id.*) To date, Defendants have not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendants' deadline to respond to the complaint nunc pro tunc until **September 25, 2026**. Plaintiff is directed to serve a copy of the summons, complaint, and this order on Defendants at the Defendants' place of business and any known emails by **September 14, 2026** and to file proof of service on the docket by **September 16, 2026**.

DATED: September 11, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge