UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAN LIN<br>Plaintiffs,<br>-against-<br>SHANGHAI 21 INC., et al.,<br>Defendants. | 26-CV-06981 (DEH) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 11, 2026, I ordered Plaintiff to serve a copy of the summons, complaint, and the order at ECF 9 on Defendants at the Defendants' place of business and any known emails by September 14, 2026 and to file proof of service on the docket by September 16, 2026. (ECF 9.) Plaintiff has not complied.

Accordingly, I am sua sponte extending the Plaintiff's deadline to serve a copy of the summons, complaint, the order at ECF 9, and this order on Defendants at the Defendants' place of business and any known emails until **September 21, 2026** and to file proof of service on the docket the same day. Defendants' deadline to respond to the complaint is also extended nunc pro tunc until **October 2, 2026**.

DATED: September 17, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge