UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAN LIN
Plaintiffs,

-against-

SHANGHAI 21 INC., et al.,
Defendants.

26-CV-06981 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on October 29, 2026:

1. Defendants' counsel informed Plaintiff that Maggie Kwok no longer works for Defendants and that counsel has no address for her. Accordingly, Plaintiff's time to serve Kwok is extended until **December 23, 2026**. By that date, Plaintiff's counsel shall file a letter on the docket setting out the status of his efforts to serve Kwok.
2. Within **seven days** of the first mediation session, the parties shall file a joint letter on the docket setting out the status but not the substance of their settlement efforts.

DATED: October 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge